UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-24522-KMW

SANRIO, INC.,

Plaintiff,

vs.

BLING JEWELRY, INC., INTERNET
JEWELRY OF FLORIDA, INC. AND
ELENA CASTANEDA,

Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

Defendants, BLING JEWELRY, INC., INTERNET JEWELRY OF FLORIDA, INC. and ELENA CASTANEDA, by and through its undersigned attorneys, hereby submit their Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

BLING JEWELRY, INC., and INTERNET JEWELRY OF FLORIDA, INC. are non-governmental corporations that are privately held and have no publically held corporation owning 10% or more of its stock.

Dated this 2nd day of April, 2018.

s/Geoffrey Lottenberg
Geoffrey Lottenberg (Florida Bar Number: 56240)
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282
Email: Geoffrey.Lottenberg@lewisbrisbois.com
        ftlemaildesig@lbbslaw.com

*Attorneys for Defendants Bling Jewelry, Inc., Internet Jewelry of Florida, Inc. and Elena Castaneda*

4852-0519-3824.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Service of Electronic Filing on this 2nd day of April 2018, on all counsel of record on the below service list.

s/ Geoffrey Lottenberg<br>
GEOFFREY LOTTENBERG, ESQ.

## SERVICE LIST

HOLIHAN LAW
Michael W.O Holihan
Florida Bar No.: 0782165
Kimberly A. Harchuck
Florida Bar No.: 0064852
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
Michael.holihan@holihanlaw.com
Kimberly.harchuck@holihanlaw.com

*Attorneys for Plaintiff Sanrio, INC.*

4852-0519-3824.1