UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-24522-KMW

SANRIO, INC.

      Plaintiff,

v.

BLING JEWELRY, INC., INTERNET
JEWELRY OF FLORIDA, INC. AND
ELENA CASTANEDA,

      Defendants.
_____/

NOTICE OF FILING STIPULATED PERMANENT INJUNCTION AND FINAL ORDER

      Plaintiff, Sanrio, Inc., by and through its undersigned counsel, hereby gives Notice of Filing the Stipulated Permanent Injunction and Final Order.

      s/Kimberly A. Harchuck
Michael W.O. Holihan, Esq.
Florida Bar No. 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No. 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Phone: 407.660.8575  Fax: 407.660.0510
michael.holihan@holihanlaw.com
kimberly.harchuck@holihanlaw.com
Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

<u>s/Kimberly A. Harchuck</u>
Michael W.O. Holihan, Esq.
Florida Bar No: 0782165
Kimberly A. Harchuck, Esq.
Florida Bar No: 0064852
Holihan Law
1101 N. Lake Destiny Rd., Suite 275
Maitland, FL 32751
Phone: 407.660.8575  Fax: 407.660.0510
*Michael.Holihan@holihanlaw.com*
*Kimberly.Harchuck@holihanlaw.com*
Attorneys for Plaintiff
